860 A.2d 486

John Daryl IRWIN, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, et al., Appellees.

Supreme Court of Pennsylvania.

Nov. 3, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2004, probable jurisdiction is noted and the order appealed is affirmed.